IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY R. HOPKINS, # N-93518,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. 13-cv-939-MJR |
| ) | |
| BRETT A KLINDWORTH,  ) | |
| CAROLA McBRIDE,  ) | |
| CHRISTOPHER WALKER,  ) | |
| C/O RSLEY, C/O PERADOTTA,  ) | |
| DARWIN JAUSEL, JASON CONTES,  ) | |
| UNKNOWN PARTY PLUMBER,  ) | |
| and ILLINOIS DEPARTMENT OF  ) | |
| CORRECTIONS,  ) | |
| ) | |
| Defendants.  ) | |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants. Plaintiff shall recover nothing, and the action is **DISMISSED on the merits with prejudice,** the parties to bear their own costs. This dismissal shall count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: October 4, 2013

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED:   *s/ Michael J. Reagan*
Michael J. Reagan
United States District Judge