## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRACY R. HOPKINS, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>BRETT A. KLINDWORTH, CAROLA )<br>McBRIDE, CHRISTOPHER WALKER, )<br>C/O RSLEY, C/O PERADOTTA, )<br>DARWIN JAUSEL, JASON CONTES, )<br>UNKNOWN PARTY, Plumber )<br>Maintenance Department and ILLINOIS )<br>DEPARTMENT OF CORRECTIONS, )<br>)<br>Defendant(s). | CASE NO. 13-939-SCW |

## JUDGMENT IN A CIVIL CASE

Defendants Brett A. Klindworth, Carola McBride, Christopher Walker, C/.O Rsley, C/O Peradotta, Unknown Party, Plumber, Maintenance Department and Illinois Department of Corrections were dismissed with prejudice on June 16, 2014, by an Order entered by Chief Judge Michael J. Reagan (Doc. 33).

THEREFORE, judgment is entered in favor of Defendants **BRETT A. KLINDWORTH, CAROLA McBRIDE, CHRISTOPHER WALKER, C/O RSLEY, C/O PERADOTTA, UNKNOWN PARTY, Plumber, Maintenance Department and ILLINOIS DEPARTMENT OF CORRECTIONS** and against Plaintiff **TRACY R. HOPKINS.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on November 7, 2016 (Doc.106) the remaining claim in the above-captioned action is **DISMISSED** with prejudice and without costs.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the

Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 27th day of March, 2017

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
**Deputy Clerk**

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**